IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 4:06cr42-SPM/WCS

JOSEPH L. THOMAS, JR.,

       Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, JOSEPH L. THOMAS, JR., to Counts One through Six of the information is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 3rd day of August, 2006.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge